# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| INTEGRAMED HOLDING CORP., *et al.*,[1] | Case No. 20-11169 (LSS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Messiahic Inc. d/b/a PayJunction ("**PayJunction**") hereby appears in the above-captioned cases through its counsel, Fox Rothschild LLP, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases be given and served upon:

| | |
|---|---|
| Keith C. Owens<br>Fox Rothschild LLP<br>10250 Constellation Boulevard, Suite 900<br>Los Angeles, CA  90067<br>Telephone: (424) 285-7056<br>Facsimile:  (310) 556-9828<br>Email: kowens@foxrothschild.com | Daniel B. Thompson<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19899-2323<br>Telephone: (302) 622-4250<br>Facsimile:  (302) 656-8920<br>Email: dthompson@foxrothschild.com |

PLEASE TAKE FURTHER NOTICE that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, and answering or

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

110822871.v1

reply papers filed in these cases and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

PLEASE TAKE FURTHER NOTICE that PayJunction intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which PayJunction is or may be entitled under agreements in law or in equity

                                                  Respectfully Submitted,

Dated: May 26, 2020                  */s/ Daniel B. Thompson*
                                          Daniel B. Thompson (No. 6588)
                                          **FOX ROTHSCHILD LLP**
                                          919 North Market Street, Suite 300
                                          Wilmington, DE 19899-2323
                                          Telephone: (302) 622-4250
                                          Facsimile: (302) 656-8920
                                          dthompson@foxrothschild.com

                                          *Counsel to Messiahic Inc. d/b/a PayJunction*