IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRAMED HOLDING CORP.,<br><br>Debtor. | CASE NO. 20-11169-LSS<br><br>Chapter 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel for UNC Fertility, LLC ("UNC Fertility") hereby enters their appearance and such counsel hereby requests that notice of all papers, including but not limited to orders, reports, pleadings, motions, applications or petitions, requests, disclosure statements, answer and reply papers, and notice of all hearings or other proceedings, whether transmitted by mail, hand-delivery, telephone, telegraph, telex, facsimile or otherwise, relating to any issue which may be raised in the above-captioned case be sent to:

| | |
|---|---|
| Margaret R. Westbrook, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Avenue<br>Suite 300<br>Raleigh, NC 27609<br>Tel:  (919) 743-7311<br>Fax:  (919) 743-7300<br>Email: margaret.westbrook@klgates.com | Steven L. Caponi, Esq. (No.3484)<br>Matthew B. Goeller, Esq. (No. 6283)<br>K&L Gates LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Tel: (302) 416-7000<br>Fax: (302) 416-7020<br>Email: steven.caponi@klgates.com<br>            mathew.goeller@klgates.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that: affect or seek to affect in any way the rights or interests of UNC Fertility, or any other party-in-interest in this proceeding; or require or prohibit, or seek to require or prohibit, any act, delivery of any property, payment or other conduct by UNC Fertility or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of UNC Fertility to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this proceeding, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

| | |
|---|---|
| Dated:  May 28, 2020 | **K&L GATES LLP** |
| | */s/ Steven L. Caponi* |
| | Steven L. Caponi, Esq. (No. 3484) |
| | Matthew B. Goeller, Esq. (No. 6283) |
| | 600 N. King Street, Suite 901 |
| | Wilmington, DE 19801 |
| | Tel: (302) 416-7000 |
| | Fax: (302) 416-7020 |
| | Email: steven.caponi@klgates.com |
| | matthew.goeller@klgates.com |
| | *Counsel for UNC Fertility, LLC* |

## **CERTIFICATE OF SERVICE**

I, Steven L. Caponi, Esq., hereby certify that on May 28, 2020 I caused a copy of the forgoing *Notice of Appearance and Request for Service of Papers* to be served on those persons receiving notice through CM/ECF.

    */s/ Steven L. Caponi*
    Steven L. Caponi, Esq. (No. 3484)