# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED HOLDING CORP., *et al.*,[1] | ) ) ) | Case No. 20-11169 (LSS) |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify that on May 29, 2020, I caused a true and correct copy of the *NOTICE OF HEARING ON MAY 29, 2020 AT3:30 P.M. (ET)* to be served via CM/ECF upon all parties receiving such service and additionally, upon the parties on the attached service list as indicated.

Dated:  May 29, 2020

*/s/ Mark E. Felger*
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
mfelger@cozen.com

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

## **Service List**

### **VIA E-MAIL OR OVERNIGHT DELIVERY**

| | |
|---|---|
| Shady Grove Fertility<br>Locatons in FL, GA, MD, NY, PA, VA, and Washington, D.C. | Gabe Sasson<br>gsasson@stroock.com |
| Fertility Centers of Illinois<br>10 Locations In Illinois | |
| IVF Florida<br>7 locations in South Florida | |
| Reproductive Science Center of the Bay Area<br>7 locations in the San Francisco area | |
| Charlotte<br>"REACH"<br>Reproductive Endocrine Associates of Charlotte, P.C | Andrew Tarr<br>ATarr@robinsonbradshaw.com |
| Seattle<br>Seattle Reproductive Medicine, Inc., P.S.<br>12102 NE 24th,<br>Bellevue, WA 98005 | Jim Bastian<br>jbastian@shulmanbastian.com |
| San Diego Area<br>Reproductive Partners Medical Group -- La Jolla, Inc. ("RPMG La Jolla")<br>9850 Genesee Ave. Suite 800<br>La Jolla, CA 92037 | |
| Reno, NV<br>Foulk & Whitten Nevada Center for Reproductive Medicine P.C.<br>645 Sierra Rose Drive<br>Suite 205<br>Reno, NV 89511<br><br>and<br><br>Nevada Reproductive Labs, Inc.<br>Same Address | |

Los Angeles Area
Reproductive Partners Medical Group, Inc.
("RPMG")
13950 Milton Ave., Suite 402
Westminster, CA 92683

Salt Lake City
Utah Fertility Center, P.C.
1988 West, 930 North, Suite B
Pleasant Grove, UT 84062

Coastal
Coastal Fertility Specialists, LLC
1375 Hospital Dr.
Mount Pleasant, South Carolina 29464

Orlando
"CRM Orlando"
Center for Reproductive Medicine, P.A.
3435 Pinehurst Ave.
Orlando, FL 32804

| | |
|---|---|
| UNC<br>UNC Fertility, LLC, a not-for-profit limited liability company, within the University of North Carolina Health Care System<br>101 Manning Drive<br>Chapel Hill, NC 27514 | Margaret Westbrook<br>K&L Gates<br>Margaret.westbrook@klgates.com |
| Idaho<br>Idaho Center for Reproductive Medicine<br>1000 E. Park Blvd., Suite 110<br>Boise ID 83712 | **SERVED VIA OVERNIGHT DELIVERY** |
| Las Vegas<br>"SIRM Las Vegas"<br>Per org chart -- "IntegraMed Medical King, LLC" (verify if possible). Per LV state SOS site -- "IntegraMed Medical -- King, PLLC"<br>5320 S Rainbow Blvd #300<br>Las Vegas, NV 89118 | |
| Dallas<br>"SIRM Dallas"<br>IntegraMed Medical Texas, PLLC<br>7777 Forest Lane, Suite C-638<br>Dallas, TX 75230 | Carl J. Soranno<br>Brach Eichler<br>csoranno@bracheichler.com |

2

| | |
|---|---|
| St. Louis<br>"SIRM St. Louis"<br>555 N. New Ballas Rd.<br>Suite 150<br>Creve Coeur, MO 63141 | Matthew Layfield and Shanti<br>Katona<br>Polsinelli<br>mlayfield@polsinelli.com<br>SKatona@Polsinelli.com |
| New York<br>"SIRM New York"<br>25 Fifth Ave., 3rd Floor<br>(5th Ave. & 38th St.)<br>New York, NY, 10016 | Jeffrey D. Buss<br>Thomas W. Smith<br>Smith Buss & Jacobs<br>jbuss@sbjlaw.com<br>tsmith@sbjlaw.com |
| Alabama<br>"CRM Alabama"<br>The Center for Reproductive Medicine, P.C.<br>3 Infirmary Circle, Suite 213<br>Mobile, Alabama 36607 | Tom Garth<br>Phelps Dunbar<br>tom.garth@phelps.com |