**IN THE UNITED STATES BANKRUPTC COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| INTEGRAMED HOLDING CORP., | ) | Case No. 20-11169 (LSS) |
| et al,[1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtor. | ) |  |
|  | ) |  |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

**PLEASE TAKE NOTICE** that, pursuant to § 1109(b) of the United States Bankruptcy

Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned

counsel for Reproductive Partners Medical Group-La Jolla Inc. ("RPMG") hereby enters its

appearance, and such counsel hereby requests that notice of all papers, including, but not

limited to, orders, reports, pleadings, motions, applications or petitions, requests, disclosure

statements, answer and reply papers, and notice of all hearings or other proceedings, whether

transmitted by mail, hand-delivery, telephone, telegraph, facsimile or otherwise, relating to

any issue which may be raised in the above-captioned case be sent to:

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170-LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172-LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

Susan C. Stevenson
PYLE SIMS DUNCAN & STEVENSON, APC
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Telephone:  (619) 687-5200
Facsimile:  (619) 687-5210
sstevenson@psdslaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code provisions specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that: affect or seek to affect in any way the rights or interests of RPMG, or any other party-in-interest in this proceeding; or require or prohibit, or seek to require or prohibit, any act, delivery of any property, payment or other conduct by RPMG or any other party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of RPMG to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this proceeding, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions,

defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of

which are expressly reserved.

Dated:  May 29, 2020                                     PYLE SIMS DUNCAN & STEVENSON, APC


                                                     _/s/ Susan C. Stevenson_____
                                                      Susan C. Stevenson (Cal. Bar No. 127291)
                                                      1620 Fifth Avenue, Suite 400
                                                      San Diego, CA 92101
                                                      Telephone:  (619) 687-5200
                                                      Facsimle:  (619) 687-5210
                                                      Email:  sstevenson@psdslaw.com

                                                      *Counsel for Reproductive Partners Medical
                                                      Group-La Jolla Inc.*