IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 7 <br> ) |
| INTEGRAMED HOLDING CORP., *et al*[1]., | ) Case No. 20-11169 (LSS) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Center For Reproductive Medicine, PC ("CFRM") hereby enters its appearance in the above-captioned case by and through its counsel, McCarter & English, LLP and Phelps Dunbar LLP, and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

Kate Roggio Buck
McCarter & English, LLP
405 N. King Street, 8th Floor
Wilmington, DE  19801
Phone: (302) 984-6300
Fax:    (302) 984-6399
Email:  kbuck@mccarter.com

Danielle Mashburn-Myrick
Phelps Dunbar LLP
101 Dauphin Street, Suite 1000
Mobile, AL 36602
Phone: (251) 441-8202
Fax:    (251) 433-1820
Email:  danielle.mashburn-myrick@phelps.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand,

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20¬11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20¬11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

ME1 33516418v.1

motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which CFRM is or may be entitled.

Date:  June 3, 2020
       Wilmington, DE

**McCARTER & ENGLISH LLP**

*/s/ Kate Roggio Buck*
Kate Roggio Buck (DE #5140)
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 984-6300
Facsimile:   (302) 984-6399
Email: kbuck@mccarter.com

*-and-*

**PHELPS DUNBAR LLP**

Danielle Mashburn-Myrick
101 Dauphin Street, Suite 1000
Mobile, AL 36602
Phone: (251) 441-8202
Fax:    (251) 433-1820
Email: danielle.mashburn-myrick@phelps.com

*Attorneys for Center For Reproductive Medicine, PC*