# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| INTEGRAMED HOLDING CORP, *et al.* | Case No. 20-11169 (LSS) |
| Debtors. | (Jointly Administered) |

## ENTRY OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bielli & Klauder, LLC, and Brach Eichler LLC hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for IntegraMed Medical Texas, PLLC in the above-referenced case, and hereby request that copies of all notices and pleading given or filed in this case be given and served upon the following:

| | |
|---|---|
| David M. Klauder, Esquire<br>**BIELLI & KLAUDER, LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Email: dklauder@bk-legal.com | Carl J. Soranno, Esquire<br>**BRACH EICHLER LLC**<br>101 Eisenhower Parkway<br>Roseland, NJ 07068<br>Phone: (973) 228-5700<br>Email: csoranno@bracheichler.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any rights

of IntegraMed Medical Texas, PLLC (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which IntegraMed Medical Texas, PLLC is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**BIELLI & KLAUDER, LLC**

Dated: June 3, 2020
    Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

and

**BRACH EICHLER LLC**

Carl J. Soranno, Esquire (*pro hac vice* pending)
101 Eisenhower Parkway
Roseland, NJ 07068
Phone: (973) 228-5700
Email: csoranno@bracheichler.com

*Counsel for IntegraMed Medical Texas, PLLC*