## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INTEGRAMED HOLDING CORP., *et al.*,[1] | Case No. 20-11169 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq., Blank Rome LLP ("Blank Rome") hereby enters its appearance on behalf of West 18th Street Venture, LLC and OCC Purchase LLC (together, the "Landlords") in the above-captioned bankruptcy cases.  Blank Rome requests that all notices given or required to be given and all papers served in these cases be given to and served upon the following:

| | | |
|---|---|---|
| Brendan Delany, Esq. | Evan J. Zucker, Esq. | Bryan J. Hall, Esq. |
| *BLANK ROME LLP* | *BLANK ROME LLP* | *BLANK ROME LLP* |
| 1825 Eye Street NW | 1271 Avenue of the Americas | 1201 Market Street, Suite 800 |
| Washington, D.C. 20006 | New York, New York 10020 | Wilmington, Delaware 19801 |
| Telephone: (202) 420-2200 | Telephone: (212) 885-5207 | Telephone: (302) 425-6425 |
| Facsimile: (202) 420-2201 | Facsimile: (917) 591-2726 | Facsimile: (302) 425-6464 |
| BDelany@BlankRome.com | EZucker@BlankRome.com | BHall@BlankRome.com |

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

1

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned Debtors or the property of the Debtors, or any of the rights or interests held or asserted by Landlords with respect to the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of Landlords, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against Landlords in these cases or any related case or where any proceeding is to be initiated by complaint against Landlords under applicable non-bankruptcy law, service shall be made on Landlords in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware; (c) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Landlords is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Landlords expressly reserves and asserts.

Dated: June 3, 2020

**BLANK ROME LLP**

*/s/ Bryan J. Hall*
Bryan J. Hall, Esq. (DE No. 6285)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6425
Facsimile:    (302) 425-6464
Email:        BHall@BlankRome.com

-and-

Brendan Delany, Esq.
1825 Eye Street NW
Washington, D.C. 20006
Telephone:     (202) 420-2200
Facsimile:     (202) 420-2201
Email:          BDelany@BlankRome.com

-and-

Evan J. Zucker, Esq.
1271 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 885-5207
Facsimile:     (917) 591-2726
Email:          EZucker@BlankRome.com

*Attorneys for West 18th Street Venture, LLC and
OCC Purchase LLC*