**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| INTEGRAMED HOLDING CORP., *et al.*,[1] | ) | Case No. 20-11169 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **RE: Docket Item** _____ |

### ORDER (I) AUTHORIZING (A) THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY, AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of Jeoffrey L. Burtch, Chapter 7 Trustee for the Estates of the above-captioned Debtors for entry of an order (this "Order") (a) authorizing (i) the rejection of the Contracts and Leases set forth on Annex 1 attached hereto and (ii) the abandonment of the Personal Property that may be located at each of the Premises, if any, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided, as

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

set forth herein; and this Court having reviewed the Motion and having had the opportunity for hearing (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      Each of the Agreements set forth on Annex 1 attached hereto is rejected as of the Rejection Date as indicated for each Agreement on Annex 1.

3.      The Trustee is authorized to abandon the Personal Property, if any, that may be located on the Premises.  The applicable counterparty to each Lease may utilize or dispose of such Personal Property in its sole and absolute discretion without further notice or liability to any party (including the Trustee) claiming an interest in such abandoned property.  The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

4.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority, or amount of any particular claim against the Estates; (b) a waiver of the Trustee's or any other party in interest's right to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) a request or authorization to assume any agreement, contract, or lease pursuant to Section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Trustee's or any other party in interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Trustee or any other party in interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this Order are valid and the

2

Trustee and all other parties in interest expressly reserve their rights to contest the extent, validity, or perfection or to seek avoidance of all such liens.  Any payment made pursuant to this Order should not be construed as an admission as to the validity, priority, or amount of any particular claim or a waiver of the Trustee or any other party in interest's rights to subsequently dispute such claim.

5.    Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any contract pursuant to Section 365 of the Bankruptcy Code.

6.    Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7.    Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8.    The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9.    This Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from the implementation of this Order.

**ANNEX 1(a)**
**Schedule of Contracts to be Rejected**

| Contract | Contracting Debtor | Counterparty | Rejection Date |
|---|---|---|---|
| All contracts between IntegraMed America, Inc. and Messiahic, Inc. dba Payjunction, including but not limited to those agreements with facilities as referenced on Attachment A hereto | IntegraMed America, Inc. | Messiahic, Inc. dba Payjunction Payjunction<br><br>c/o:<br>Fox Rothschild LLP<br>Thomas M. Horan, Esq.<br>Daniel B. Thompson, Esq.<br>Keith C. Owens, Esq.<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801 | May 20, 2020 |

**EXHIBIT A**

| # | Legal Name | DBA |
|---|---|---|
| 1 | IntegraMed America Inc | Attain Fertility |
| 2 | IntegraMed America Inc | Attain Fertility - Online Payments |
| | | |
| 3 | IntegraMed America Inc | CBO - SIRM Manhattan |
| 4 | IntegraMed America Inc | CBO - SIRM Missouri |
| 5 | IntegraMed America Inc | CBO - SIRM Nevada |
| 6 | IntegraMed America Inc | CBO – SIRM Texas |
| 7 | IntegraMed America Inc | CBO - Trellis |
| | | |
| 8 | IntegraMed America Inc | COASTAL FERTILITY - Online Payments |
| | | |
| 9 | IntegraMed America Inc | CRM AL - D'Iberville MS |
| 10 | IntegraMed America Inc | CRM AL - Gulf Breeze FL |
| 11 | IntegraMed America Inc | CRM AL - Mobile |
| 12 | IntegraMed America Inc | CRM AL - Online Payments |
| 13 | IntegraMed America Inc | CRM Celebration |
| 14 | IntegraMed America Inc | CRM Lake Mary |
| 15 | IntegraMed America Inc | CRM Orlando |
| 16 | IntegraMed America Inc | CRM Orlando CBO |
| 17 | IntegraMed America Inc | CRM Orlando Online |
| | | |
| 18 | IntegraMed America Inc | CT FERTILITY |
| 19 | IntegraMed America Inc | CT FERTILITY - Online Payments |
| 20 | IntegraMed America Inc | CT FERTILITY CBO |
| | | |
| 21 | IntegraMed America Inc | FCI – Buffalo Grove |
| 22 | IntegraMed America Inc | FCI – Glenview |
| 23 | IntegraMed America Inc | FCI – Highland Park Clinic |
| 24 | IntegraMed America Inc | FCI – Highland Park IVF Center |
| 25 | IntegraMed America Inc | FCI – Hinsdale Clinic |
| 26 | IntegraMed America Inc | FCI – Hoffman Estates |
| 27 | IntegraMed America Inc | FCI – Lindenhurst |
| 28 | IntegraMed America Inc | FCI – Online Payments |
| 29 | IntegraMed America Inc | FCI – Recurring |
| 30 | IntegraMed America Inc | FCI – River North Clinic |
| 31 | IntegraMed America Inc | FCI – River North IVF Center |
| 32 | IntegraMed America Inc | FCI – Tinley Park |
| 33 | IntegraMed America Inc | FCI – Warrenville |
| | | |
| 34 | IntegraMed America Inc | ICRM |
| 35 | IntegraMed America Inc | ICRM - Online Payments |
| | | |
| 36 | IntegraMed America Inc | INMD Home Office |
| 37 | IntegraMed America Inc | IntegraMed America |

| 38 | IntegraMed America Inc | IVF FL - Online Payments |
| 39 | IntegraMed America Inc | IVF FLORIDA Boca Raton |
| 40 | IntegraMed America Inc | IVF FLORIDA CBO |
| 41 | IntegraMed America Inc | IVF FLORIDA Coral Gables |
| 42 | IntegraMed America Inc | IVF FLORIDA Jupiter |
| 43 | IntegraMed America Inc | IVF FLORIDA Margate |
| 44 | IntegraMed America Inc | IVF FLORIDA Pembroke Pines |
| 45 | IntegraMed America Inc | IVF FLORIDA Port St Lucie |
| 46 | IntegraMed America Inc | IVF FLORIDA Wellington |
| | | |
| 47 | IntegraMed America Inc | NCRM |
| 48 | IntegraMed America Inc | NCRM - Online Payments |
| | | |
| 49 | IntegraMed America Inc | PCC - CRM AL |
| 50 | IntegraMed America Inc | PCC - SIRM Nevada |
| 51 | IntegraMed America Inc | PCC - SIRM New York |
| 52 | IntegraMed America Inc | PCC - SIRM STL |
| 53 | IntegraMed America Inc | PCC - SIRM Texas |
| | | |
| 54 | IntegraMed America Inc | REACH - CBO |
| 55 | IntegraMed America Inc | REACH – Charlotte |
| 56 | IntegraMed America Inc | REACH – Langtree |
| 57 | IntegraMed America Inc | REACH – Online Payments |
| | | |
| 58 | IntegraMed America Inc | RPMG - Beverly Hills |
| 59 | IntegraMed America Inc | RPMG – Beverly Hills LAOC Min Stim |
| 60 | IntegraMed America Inc | RPMG - CBO |
| 61 | IntegraMed America Inc | RPMG – CBO LA JOLLA |
| 62 | IntegraMed America Inc | RPMG – CBO Min Stim |
| 63 | IntegraMed America Inc | RPMG – Irvine |
| 64 | IntegraMed America Inc | RPMG – Irvine LAOC Min Stim |
| 65 | IntegraMed America Inc | RPMG – La Jolla |
| 66 | IntegraMed America Inc | RPMG - La Jolla Online Payments |
| 67 | IntegraMed America Inc | RPMG - Online Payments |
| 68 | IntegraMed America Inc | RPMG – Redondo Beach |
| 69 | IntegraMed America Inc | RPMG – Redondo Beach LAOC Min Stim |
| 70 | IntegraMed America Inc | RPMG – Westminster |
| 71 | IntegraMed America Inc | RPMG – Westminster LAOC Min Stim |
| | | |
| 72 | IntegraMed America Inc | RSC Bay - CBO |
| 73 | IntegraMed America Inc | RSC Bay - Donor Services |
| 74 | IntegraMed America Inc | RSC Bay – Foster City |
| 75 | IntegraMed America Inc | RSC Bay – Online Payments |
| 76 | IntegraMed America Inc | RSC Bay – Orinda |

| 77 | IntegraMed America Inc | RSC Bay – San Jose |
| 78 | IntegraMed America Inc | RSC Bay – San Ramon |
| | | |
| 79 | IntegraMed America Inc | SGV – ATL Alpharetta |
| 80 | IntegraMed America Inc | SGV - ATL Marietta |
| 81 | IntegraMed America Inc | SGV - ATL Meridian Mark |
| 82 | IntegraMed America Inc | SGV – ATL Online |
| 83 | IntegraMed America Inc | SGV – ATL Piedmont |
| 84 | IntegraMed America Inc | SGV - Brandon |
| 85 | IntegraMed America Inc | SGV – DC K STREET 100 |
| 86 | IntegraMed America Inc | SGV – DC K STREET 701 |
| 87 | IntegraMed America Inc | SGV – DC SIBLEY |
| 88 | IntegraMed America Inc | SGV - Donor Outside Monitoring |
| 89 | IntegraMed America Inc | SGV - FL Wesley Chapel |
| 90 | IntegraMed America Inc | SGV – MD ANNAPOLIS |
| 91 | IntegraMed America Inc | SGV – MD BALTIMORE – HARBOR EAST |
| 92 | IntegraMed America Inc | SGV – MD BEL AIR |
| 93 | IntegraMed America Inc | SGV – MD Blackwell |
| 94 | IntegraMed America Inc | SGV – MD COLUMBIA |
| 95 | IntegraMed America Inc | SGV – MD FREDERICK |
| 96 | IntegraMed America Inc | SGV – MD ROCKVILLE PA |
| 97 | IntegraMed America Inc | SGV – MD ROCKVILLE #220 |
| 98 | IntegraMed America Inc | SGV – MD ROCKVILLE #400 |
| 99 | IntegraMed America Inc | SGV – MD ROCKVILLE CRYO |
| 100 | IntegraMed America Inc | SGV – MD TOWSON 100 |
| 101 | IntegraMed America Inc | SGV – MD TOWSON 616 |
| 102 | IntegraMed America Inc | SGV – MD WALDORF |
| 103 | IntegraMed America Inc | SGV - NY Manhattan |
| 104 | IntegraMed America Inc | SGV – Online Payments |
| 105 | IntegraMed America Inc | SGV – PA BALA CYNWYD |
| 106 | IntegraMed America Inc | SGV – PA CHESTERBROOK |
| 107 | IntegraMed America Inc | SGV – PA HARRISBURG – CAMP HILL |
| 108 | IntegraMed America Inc | SGV – PA READING |
| 109 | IntegraMed America Inc | SGV - PA WARRINGTON |
| 110 | IntegraMed America Inc | SGV – Tampa |
| 111 | IntegraMed America Inc | SGV – VA ANNANDALE |
| 112 | IntegraMed America Inc | SGV – VA Arlington Office |
| 113 | IntegraMed America Inc | SGV – VA Fair Oaks |
| 114 | IntegraMed America Inc | SGV - VA Fredericksburg |
| 115 | IntegraMed America Inc | SGV – VA Henrico |
| 116 | IntegraMed America Inc | SGV – VA LEESBURG |
| 117 | IntegraMed America Inc | SGV - VA Stony Point |
| 118 | IntegraMed America Inc | SGV – VA WOODBRIDGE |
| | | |
| 119 | IntegraMed America Inc | SIRM Illinois |

| 120 | IntegraMed America Inc | SIRM Manhattan (Sixth Floor) |
| 121 | IntegraMed America Inc | SIRM Manhattan (Third Floor) |
| 122 | IntegraMed America Inc | SIRM Missouri |
| 123 | IntegraMed America Inc | SIRM Nevada |
| 124 | IntegraMed America Inc | SIRM New Jersey |
| 125 | IntegraMed America Inc | SIRM Texas |
| | | |
| 126 | IntegraMed America Inc | SRM – Bellevue |
| 127 | IntegraMed America Inc | SRM – CBO |
| 128 | IntegraMed America Inc | SRM – Everett |
| 129 | IntegraMed America Inc | SRM – Kirkland |
| 130 | IntegraMed America Inc | SRM – Online Payments |
| 131 | IntegraMed America Inc | SRM – Seattle |
| 132 | IntegraMed America Inc | SRM – Spokane |
| 133 | IntegraMed America Inc | SRM – Tacoma |
| | | |
| 134 | IntegraMed America Inc | UFC – Murray |
| 135 | IntegraMed America Inc | UFC – Online Payments |
| 136 | IntegraMed America Inc | UFC – Pleasant Grove |
| | | |
| 137 | IntegraMed America Inc | UNC FERTILITY |
| 138 | IntegraMed America Inc | UNC FERTILITY – Online Payment |
| 139 | IntegraMed America Inc | UNC FERTILITY CBO |

**Annex 1(b)**
**Schedule of Leases to Be Rejected**

| Counterparty/Landlord Address | Property Address | Rejection Date |
|---|---|---|
| George Comfort & Sons, Inc. Attn: Dana Pike, Senior Vice President 200 Madison Avenue New York, NY 10016<br><br>With copy to: Evan Jason Zucker Blank Rome 1271 Avenue of the Americas New York, NY 10020 | Two Manhattanville Road, 4th Floor, Purchase, NY 10577 | June 30, 2020 |
| Chang Kuo Realty, LLC P.O. Box 1851 Murray Hill Station New York, NY 10156 | 425 Fifth Ave., Suites 602, 603 New York, NY 10016 | June 30, 2020 |
| George Comfort & Sons, Inc. Attn: Dana Pike, Senior Vice President 200 Madison Avenue New York, NY 10016<br><br>With copy to: Evan Jason Zucker Blank Rome 1271 Avenue of the Americas New York, NY 10020 | 7 West 18th Street, Suite 900 New York, NY | June 18, 2020 |
| Perryville Avenue Associates 171 State Rte. 173, Suite 201 Asbury, NJ 08802 | 171 State Rte. 173, Suite 301 A Asbury, NJ 08802 | June 18, 2020 |
| Payton Coral Springs, LLC Attn: Kevin Payton 436 Holiday Drive Hallandale, FL 33009<br><br>With copy to: Patrick G. Kelley Kelley, Herman & Smith 1401 E. Broward Blvd. #206 Ft. Lauderdale, FL 33301 | 7451 Wiles Road, Bldg 2, Suite 201 Whispering Woods Ctr Coral Springs, FL 33071 | June 18, 2020 |