IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INTEGRAMED HOLDING CORP., *et al.*,[1] | Case No. 20-11169 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firms of Stroock & Stroock & Lavan LLP and Womble Bond Dickinson (US) LLP hereby enter their appearances as counsel for Shady Grove Fertility, LLC; Shady Grove Reproductive Science Center, P.C.; Shady Grove Fertility Center of Pennsylvania, PLLC; Fertility Partners of Pennsylvania Surgery Center, LLC; Georgia Reproductive Specialists, LLC; SGF Tampa Bay, LLC; Virginia Fertility Associates, LLC; Virginia IVF and Andrology Center, LLC; New York Fertility Medical Practice, PLLC; Fertility Centers of Illinois, S.C.; Northwest Center for Infertility and Reproductive Endocrinology, LLP (dba IVF Florida Reproductive Associates); and Reproductive Sciences Center of the San Francisco Bay Area (collectively, the "Creditors"), in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings, and all other papers

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

<table>
<tr><td>

John F. Storz, Esq.
Gabriel Sasson, Esq.
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5669
Facsimile: (212) 806-6006
Email: jstorz@stroock.com
Email: gsasson@stroock.com

</td><td>

Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
**WOMBLE BOND DICKINSON (US) LLP**
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: morgan.patterson@wbd-us.com

</td></tr>
</table>

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 342, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, is intended to waive: (a) the right of the Creditors to have final orders in (i) non-core matters, and (ii) matters designated for final adjudication in the Bankruptcy Court as a statutory matter pursuant to 28 U.S.C. § 157(b), but prohibited from proceeding as such pursuant to Article III of the Constitution, entered only after <u>de novo</u> review by a federal district court judge (and nothing contained herein shall be construed or otherwise deemed to be a waiver of such right by the Creditors or consent by the Creditors to final adjudication in the Bankruptcy Court of such matters); (b) the right of the Creditors to have the reference withdrawn by the federal district court in any matter subject to mandatory or

discretional withdrawal; (c) the right of the Creditors to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (d) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (e) an election of remedy; or (f) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditors are or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: July 8, 2020<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Matthew P. Ward*<br>Matthew P. Ward (Del. Bar No. 4471)<br>Morgan L. Patterson (Del. Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>-AND-<br><br>**STROOCK & STROOCK & LAVAN LLP**<br>John F. Storz<br>Gabriel Sasson<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone: (212) 806-5669<br>Facsimile: (212) 806-6006<br>Email: jstorz@stroock.com<br>gsasson@stroock.com<br><br>*Counsel for Shady Grove Fertility, LLC; Shady Grove Reproductive Science Center, P.C.; Shady Grove Fertility Center of Pennsylvania, PLLC; Fertility Partners of Pennsylvania Surgery Center, LLC; Georgia Reproductive Specialists, LLC; SGF Tampa Bay, LLC; Virginia Fertility Associates, LLC; Virginia IVF and Andrology Center, LLC; New York Fertility Medical Practice, PLLC; Fertility Centers of Illinois, S.C.; Northwest Center for Infertility and Reproductive Endocrinology, LLP (dba IVF Florida Reproductive Associates); and Reproductive Sciences Center of the San Francisco Bay Area* |