# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED HOLDING CORP., *et al.*,[1] | ) ) | Case No. 20-11169 (LSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | RE: Docket Nos. 35 and 83 |

## SUPPLEMENTAL NOTICE OF UNEXPIRED LEASE THAT MAY BE ASSUMED AND ASSIGNED, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, AND THE PROPOSED CURE AMOUNT

Jeoffrey L. Burtch, Chapter 7 Trustee for the estates of the above-captioned debtors,

hereby files this supplement to the Cure Notice filed on June 12, 2020 at D.I. 83 to add the lease

identified directly below that was inadvertently omitted from Exhibit 1 attached thereto:

| Contract Name/Parties | Contract Description | Counterparty | Address for Notice | Cure Amount |
|---|---|---|---|---|
| Lease Agreement between PPM Capital, LLC and IntegraMed America, Inc. | Lease - Suite 204, 205, Building 400, 400 N. Hiatus Road, Pembroke Pines, FL | PPM Capital, LLC | Glenn D. Moses, Esquire Genovese, Joblove & Battista 100 SE 2nd Street, Suite 4400 Miami, FL 33131 | $105,313.58 |

Dated: July 7, 2020

COZEN O'CONNOR

*/s/ Mark E. Felger*
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, DE  19801
Telephone:  (302) 295-2000
mfelger@cozen.com

*Counsel for the Trustee*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).