# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRAMED HOLDING CORP., *et al.*,[1]<br><br>Debtors. | )  Chapter 7<br>)<br>)  Case No. 20-11169 (LSS)<br>)<br>)  (Jointly Administered)<br>)<br>)  **RE: Docket No. 83, 102, 127, 130, 131, 143,**<br>)  **144, 148, 152, 155, 156, 166, 167, 175, 177**<br>)  **(amended at 224), 180, 219, 231** |

## CHAPTER 7 TRUSTEE'S SUMMARY OF OBJECTIONS
## TO ASSUMPTION AND ASSIGNMENT OF VARIOUS
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Jeoffrey L. Burtch, as Chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (the "Debtors"), by and through his undersigned counsel, submits the following summary of certain objections to Chapter 7 Trustee's Notice of Executory Contracts and Unexpired Leases That May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets, and the Proposed Cure Amounts [D.I. 83] (the "Cure Notice"). The following summary only relates to those responses that will be considered at the hearing to be held on July 23, 2020 at 10:00 a.m. (the "Hearing"). Any response to the Cure Notice that is not identified below will be heard on July 30, 2020 at 11:00 a.m.

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

| Objecting Party | Docket No. | Resolution |
|---|---|---|
| Aspen Ridge 165, LLC | 102 | The Trustee and counsel for Aspen Ridge 165, LLC are finalizing the cure amount; and the Trustee anticipates that this objection will be resolved prior to the Hearing. |
| Roche Diagnostics Corporation | 127 | Unresolved. The Trustee is working to resolve the objection, and is adjourning the matter to the July 30, 2020 hearing. |
| Lake Whitney Phase II, LLC | 130 | The Trustee does not intend to assume the subject lease. |
| 2021 K LLC | 131 | The Trustee has agreed that the correct cure amount is $121,802.28, and believes that this objection has been resolved. |
| Assisted Reproductive Technology Insurance Company, Ltd. | 143 | Unresolved. The Trustee is working to resolve the objection, and is adjourning the matter to the July 30, 2020 hearing. |
| Inner Harbor East Garage, LLC | 144 | The Trustee and counsel for Inner Harbor East Garage, LLC are finalizing the cure amount; and the Trustee anticipates that this objection will be resolved prior to the Hearing. |
| TIAA Commercial Finance | 148 | With respect to the following leases, no cure amounts are required and the Trustee intends to move forward with the Hearing: <br><br> TIAA Lease 41841308 (GE Volusion P8, located in Mobile, AL) <br><br> TIAA Lease 41844821 (GE Ultrasound Volusion P8 2016, located in Mobile, AL). <br><br> With respect to all other leases contained in TIAA's filing at D.I. 148, the Trustee is adjourning the matter to the July 30, 2020 hearing. <br><br> TIAA reserves all rights with respect to adequate assurance. |
| Oracle America, Inc. | 152 | The Trustee is not assuming any of the subject contracts. |
| GAHC4 Tinley Park IL MOB, LLC | 155 | The response is a reservation of rights, and the Trustee does not believe that anything in the response will affect assumption or assignment of the subject contract. |

| | | |
|---|---|---|
| Center for Reproductive Medicine | 156 | The medical practice and buyer have agreed to resolve in accordance with language added to the proposed sale order.  If they are unable to resolve the cure amount, then the matter will be set for hearing at a later date. |
| Reproductive Endocrine Associates of Charlotte, P.C., physicians Seth Katz, M.D., Lauren Johnson, M.D., and Matrika Johnson, M.D. | 166 | The medical practice and buyer have agreed to resolve in accordance with language added to the proposed sale order.  If they are unable to resolve the cure amount, then the matter will be set for hearing at a later date. |
| Healthcare Realty Services, Inc., as the agent for HR of California, Inc. dba Healthcare Realty of California | 167 | The Trustee does not dispute the contractual obligations as set forth in the response, but has been advised that any amounts that remain unpaid are not yet due. If, however, substantial completion of contractual obligations occurs prior to closing, the cure amounts as asserted in the objection will be required to be paid.  Otherwise, purchaser shall be responsible for all amounts due under the contract post-closing. Accordingly, there is no default that needs to be cured at present. |
| Plumtree Orthopaedic Associates, LLC | 175 | The Trustee does not intend to assume the subject lease. |
| Welltower OM Group | 177 224 | The Trustee has agreed that the correct cure amounts are $109,896.64 (Margate location) $23,785.12 (Wellington location), and $39,731.33 (Jupiter location), and believes that this objection has been resolved. |
| Chicago Kingsbury LLC | 180 | The response is a reservation of rights, and the Trustee does not believe that anything in the response will affect assumption or assignment of the subject contract. |
| Ad Hoc Group | 219 | The medical practices and buyer have agreed to resolve in accordance with language added to the proposed sale order.  If they are unable to resolve the cure amount, then the matter will be set for hearing at a later date. |
| Dulaney Center Business Trust | 231 | The response does not dispute the cure amount, but does assert that the Cure Notice does not correctly identify the counterparty to this lease. The Trustee has agreed that any future filings will identify the counterparty as "Dulaney Center Business Trust." |

Dated: July 22, 2020

COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Mark E. Felger (No. 3919)
Simon E. Fraser (No. 5335)
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: mfelger@cozen.com
sfraser@cozen.com
gfischer@cozen.com

*Counsel for Jeoffrey L. Burtch, Chapter 7
Trustee*