IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED HOLDING CORP., *et al.*,[1] | ) | Case No. 20-11169 (LSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Mark E. Felger, hereby certify that on September 9, 2020, I caused a true and correct

copy of the *NOTICE OF REJECTION* to be served via CM/ECF upon all parties receiving such

service and additionally, upon the parties on the attached service list as indicated.


Dated: September 9, 2020

*/s/ Mark E. Felger*
Mark E. Felger (No. 5335)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
mfelger@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

**SERVICE LIST**

**Via Overnight Delivery**

SMB, LLC
c/o Inova Management Co., LLC
5320 S. Rainbow Blvd.
Suite 300
Las Vegas, NV 89118

MCDERMOTT WILL & EMERY LLP
Maris J. Kandestin
The Nemours Building
1007 North Orange Street, 4th Floor
Wilmington, DE 19801

Andrew B. Kratenstein
340 Madison Avenue
New York, NY 10173-1922

Jeffrey D. Buss, Esq.
Smith, Buss & Jacobs LLP
733 Yonkers Avenue
Yonkers, NY 10704

Timothy Fox
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801