# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED HOLDING CORP., *et al.*,[1] | ) | Case No. 20-11169 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Mark E. Felger, hereby certify that on September 15, 2020, I caused a copy of the foregoing Motion for Order Approving: (I) Process for Disposition of Cryopreserved Tissue Stored with CT Fertility, P.C.; (II) Rejection of Unexpired Lease of Nonresidential Real Property; and (III) Abandonment of Personal Property to be served via CM/ECF upon all parties receiving such service and additionally upon the parties identified in the attached service list and otherwise as indicated in the Motion.

Dated:  September 15, 2020       */s/ Mark E. Felger*
 Mark E. Felger (No. 3919)
 Cozen O'Connor
 1201 N. Market Street, Suite 1001
 Wilmington, DE 19801-1147
 Telephone (302) 295-2000

 *Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

\48321261\1

**Service via Email:**

| | |
|---|---|
| A. Tarr | atarr@robinsonbradshaw.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Adam Hiller | ahiller@adamhillerlaw.com |
| Alison D. Bauer | abauer@foleyhoag.com |
| Amish R. Doshi, Esq. | amish@doshilegal.com |
| Andrew G. Edson, Esq. | AEdson@ClarkHill.com |
| Bob Van Galoubandi | bgaloubandi@gmail.com |
| Brandon J. Tittle | btittle@fbfk.law |
| Brendan Delany, Esq. | BDelany@BlankRome.com |
| Brian and Rachel Kremer | willarae730@gmail.com |
| Bryan J. Hall, Esq. | BHall@BlankRome.com |
| Carl J. Soranno, Esq. | csoranno@bracheichler.com |
| Catherine A. Cullen, Esq. | mailbox@cullenlawfirm.net |
| Danielle Mashburn-Myrick | danielle.mashburn-myrick@phelps.com |
| Danielle Mason Anderson | andersond@millercanfield.com |
| David G. Sommer | dsommer@gejlaw.com |
| David M. Klauder, Esquire | dklauder@bk-legal.com |
| David M. Powlen | david.powlen@btlaw.com |
| Deborah Daccord | DADaccord@mintz.com |
| Derrick N.D. Hansen | dhansen@friedmanspring.com |
| Elihu E. Allinson, III | zallinson@sha-llc.com |
| Eric D. Kaplan, Esq. | ekaplan@kpglaw.com |
| Evan J. Zucker, Esq. | EZucker@BlankRome.com |
| Evelyn J. Meltzer | meltzere@pepperlaw.com |
| Felicia Gerber Perlman, Esq. | fperlman@mwe.com |
| G. Sasson | gsasson@stroock.com |
| Gordon J. Toering | gtoering@wnj.com |
| Harold A. Olsen | holsen@stroock.com |
| IAN CONNOR BIFFERATO, ESQ. | CBIFFERATO@TBF.LEGAL |
| Ivan Reich | ireich@nasonyeager.com |
| J. Bastian | jbastian@shulmanbastian.com |
| JACOB A. BROWN, ESQ. | JACOB.BROWN@AKERMAN.COM |
| James Huggett | jhuggett@margolisedelstein.com |
| James W. Kapp, III, Esq. | jkapp@mwe.com |
| Jared S. Dvornicky | jdvornicky@gejlaw.com |
| Jeffrey Buss, Esq. | jbuss@sbjlaw.com |
| John F. Storz, Esq. | jstorz@stroock.com |
| John R. Knapp, Jr. | john.knapp@millernash.com |
| Judy H. Morse | judy.morse@crowedunlevy.com |
| Julia B. Klein, Esq. | klein@kleinllc.com |
| K. Owens | kowens@foxrothschild.com |
| Karen Bifferato | kbifferato@connollygallagher.com |
| Karen M. Grivner | kgrivner@clarkhill.com |
| Kate Roggio Buck | kbuck@mccarter.com |
| Kendall A. Camuti | kcamuti@milesstockbridge.com |
| Kevin G. Collins | kevin.collins@btlaw.com |
| Kimberly Stephens, Esq. | kstephens@marylandtaxes.gov |
| Kristian Werling | Kwerling@mwe.com |
| L. Katherine Good | kgood@potteranderson.com |
| L. Sacon | ljs1821@hotmail.com |
| Lawrence J. Kotler, Esq. | ljkotler@duanemorris.com |

| | |
|---|---|
| Lynn Hamilton Butler | lynn.butler@huschblackwell.com |
| M. Layfield | mlayfield@polsinelli.com |
| Margaret R. Westbrook, Esq. | margaret.westbrook@klgates.com |
| Maris J. Kandestin, Esq. | mkandestin@mwe.com |
| Mark Minuti | mark.minuti@saul.com |
| MARY KATHERINE FACKLER, ESQ. | KATHERINE.FACKLER@AKERMAN.COM |
| Matthew Goeller | matthew.goeller@klgates.com |
| Matthew P. Ward, Esq. | matthew.ward@wbd-us.com |
| Meredith Parkinson | mparkinson@foleyhoag.com |
| Michael D. DeBaecke, Esq. | mdebaecke@ashbygeddes.com |
| Morgan L. Patterson, Esq. | morgan.patterson@wbd-us.com |
| Peter Siroka | Peter.siroka@friedfrank.com |
| Phillip M. Hudson, III, Esq. | pmhudson@duanemorris.com |
| R. Kent Love | klove@bellnunnally.com |
| Raymond H. Lemisch | rlemisch@klehr.com |
| RICHARD A. PERRY | richard@rapocala.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Russell W. Mills | rmills@bellnunnally.com |
| Ryan O'Dea | rodea@shulmanbastian.com |
| S. Katona | skatona@polsinelli.com |
| Scott J. Leonhardt | leonhardt@teamrosner.com |
| Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Simon Aron, Esq. | saron@wrslawyers.com |
| Stephen B. Gerald | sgerald@wtplaw.com |
| Steven L. Caponi, Esq | steven.caponi@klgates.com |
| Susan C. Stevenson | sstevenson@psdslaw.com |
| T. Horan | thoran@foxrothschild.com |
| T. Smith | tsmith@sbjlaw.com |
| Timothy Fox, Esq. | timothy.fox@usdoj.gov |
| Tom Garth | tom.garth@phelps.com |
| William A. Hazeltine | whazeltine@sha-llc.com |
| William Chipman | chipman@chipmanbrown.com |
| William H. Hoch III | will.hoch@crowedunlevy.com |
| Andrew L. Magaziner | bankfilings@ycst.com |
| Jonathan A. Kaplan | jkaplan@pullcom.com |
| Betsy Cairo | betsy@cryogram.com |
| Gregg Bell | gbell@bell-law.com |

Via First Class Mail:

Eldorado Holdings, LLC
100 Technology Drive
Trumbull, CT 06611

Office of the Attorney General
of Connecticut
165 Capitol Avenue
Hartford, CT 06106

CryoGam Colorado, LLC
2216 Hoffman Dr. Unit B
Loveland, CO 80538

CT Fertility, P.C.
Attn. President
4920 Main Street, Suite 301
Bridgeport, CT 06606

Connecticut Dept. of Public Health
410 Capitol Ave.
Hartford, CT 06134