**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INTEGRAMED HOLDING CORP., *et al.*<br><br><br>Debtors. | Chapter 11<br><br>Case No.   20-11169 (LSS)<br><br>Jointly Administered<br><br>Re: Docket Item: 300, 334 |

**ORDER DENYING, IN PART, TRUSTEE'S MOTION TO EXTEND TIME TO**
**ASSUME OR REJECT EXECUTORY CONTRACTS**

**WHEREAS**, on August 11, 2020, Trustee filed his Motion for Entry of Order: (I) Further

Extending Time to Assume Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. §

365(d)(1); (II) Extending Time to Assume Unexpired Leases of Nonresidential Real Property

Pursuant to 11 U.S.C. § 365(d)(4); and (III) Approving Procedures Regarding Rejection of

Executory Contracts and Unexpired Leases [Docket No. 300] ("Extension Motion"); and

**WHEREAS**, the so-called Medical Practices filed that Certain Medical Practices'

Opposition to Trustee's Motion to Extend the Deadline to Assume or Reject Contracts [Docket

No. 309] ("Medical Practices Objection"); and

**WHEREAS**, the Idaho Center for Reproductive Medicine LLC filed Idaho Center for

Reproductive Medicine's Joinder in Certain Medical Practices' Opposition to Trustee's Motion

to Extend the Deadline to Assume or Reject Contracts [Docket No. 310] ("Idaho Joinder") and

**WHEREAS**, Walid Saleh, M.D. and IntegraMed Medical Texas, PLLC filed their

Joinder of Walid Saleh, M.D. and IntegraMed Medical Texas, PLLC to Certain Medical

Practices' Objection to the Trustee's Motion to Extend the Deadline to Assume or Reject

Executory Contracts [Docket No. 319] ("Texas Joinder"); and

**WHEREAS,** on September 2, 2020, a hearing was held on the Extension Motion; and

**WHEREAS** by Order entered September 8, 2020, the Court granted, in part, the relief requested in the Extension Motion [Docket No. 334][1] but further Ordered that:

> With Respect to the Trustee's request to extend the time to assume or reject: the MSAs as identified and defined in the Medical Practices Objection; the Idaho Management Agreement as identified and defined in the Idaho Joinder; and the MSA as identified and defined in the Texas Joinder (together, the "Continued MSAs"), the hearing on the [Extension] Motion shall be continued to September 30, 2020 at 10:00 a.m., at which time the Court will consider the relief requested in the [Extension] Motion with respect to the Continued MSAs.

and

**WHEREAS,** the Court held the continued hearing on the Extension Motion on September 30, 2020 and considered the Medical Practices Objection and the Idaho Joinder;[2]

**NOW THEREFORE,** for the reasons set forth in the bench ruling of September 30, 2020, **IT IS HEREBY ORDERED THAT** the Extension Motion is **DENIED** with respect to the MSAs as identified and defined in the Medical Practices Objection and the Idaho Management Agreement as identified and defined in the Idaho Joinder.

Dated:  October 1, 2020

Laurie Selber Silverstein
United States Bankruptcy Judge

---

[1] Order Granting in part Trustee's Motion for Entry of Order: (I) Further Extending Time to Assume Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(d)(1); (II) Extending Time to Assume Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4); and (III) Approving Procedures Regarding Rejection of Executory Contracts and Unexpired Leases; and Continuing In Part Hearing Thereon.

[2] The Texas Joinder was not pressed given the entry of that certain Order (A) Approving the Sale of Certain of the Estates' Assets, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief [Docket No. 387].