# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRAMED HOLDING CORP., *et al.*,[1]<br><br>Debtors. | Chapter 7<br>Case No. 20-11169 (LSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Gregory F. Fischer, hereby certify that on September 27, 2022, I caused a true and correct copy of the foregoing *Trustee's Motion for an Order Approving the Settlement of Certain Avoidance Claims Pursuant to Fed. R. Bankr. P. 9019* to be served via the Court's NEF upon all parties receiving such service and additionally upon the parties listed on the attached service list in the manner indicated:

Dated: September 27, 2022

COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Mark E. Felger (No. 3919)
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Fax: (302) 295-2013
Email: mfelger@cozen.com
gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,
Chapter 7 Trustee*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

**SERVICE LIST**

Thomas Miller
c/o Dilworth Paxson LLP
Attn. Peter C. Hughes
1500 Market Street, Suite 3500E
Philadelphia, PA 19102