# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> INTEGRAMED HOLDING CORP., *et al.*,[1] <br><br> Debtors. | Chapter 7 <br> Case No. 20-11169 (LSS) <br> (Jointly Administered) |
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF INTEGRAMED HOLDING CORP., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A, <br><br> Defendant. | Adv. Pro. No. 22-50341 (LSS) <br><br><br> **RE: Main Case D.I. 552** <br> **Adv. D.I. 9** |

## CERTIFICATION OF NO OBJECTION
## REGARDING MAIN CASE DOCKET NO. 552, AND ADVERSARY DOCKET NO. 9

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Motion of Chapter 7 Trustee To Approve Settlement with JPMorgan Chase Bank, National Association d/b/a Chase Card Services Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and for Approval of Interim Compensation to Special Conflict Counsel Cooch and Taylor, P.A.* [Main Case Docket No. 552, Adversary Docket

---

[1] Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

No. 9] filed on September 23, 2022.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than October 8, 2022 at 4:00 p.m.

It is hereby respectfully requested that the Order attached hereto be entered at the earliest convenience of the Court.

October 11, 2022

Wilmington, Delaware

COOCH AND TAYLOR, P.A.

*/s/ Robert W. Pedigo*
Robert W. Pedigo, (DSB# 4047)
The Nemours Building
1007 N. Orange Street, Suite 1120
P.O. Box 1680
Wilmington, DE 19899-1680
Phone: 302.984.3832
Fax: 302.984.3939
rpedigo@coochtaylor.com

*Special Conflicts Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee of IntegraMed Holding Corp., et al.*