# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRAMED HOLDING CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 7<br>)<br>) Case No. 20-11169 (LSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 553**<br>) |

### ORDER APPROVING SETTLEMENT OF CERTAIN
### AVOIDANCE CLAIMS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Motion for Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement of Certain Avoidance Claims (the "Motion")[2] filed by Jeoffrey L. Burtch, Chapter 7 Trustee; the Bankruptcy Court being satisfied that the Settlement is fair and equitable, and meets or exceeds the required range of reasonableness; the relief requested in the Motion appearing to be in the best interests of the Estates and the Debtors' creditors; sufficient notice of the Motion and opportunity for a hearing having been given; and upon due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Notice of the Motion given to the Service Parties, as provided in the Motion, is adequate and sufficient.

3. The Settlement identified on Exhibit A to the Motion is **APPROVED**.

4. The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlement Agreement.

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

[2] Capitalized terms have the same meaning ascribed in the Motion unless otherwise defined herein.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation or enforcement of the Settlement Agreement or this Order.

Dated: November 4th, 2022
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE