**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED HOLDING CORP., *et al.*,[1] | ) | Case No. 20-11169 (LSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Gregory F. Fischer, hereby certify that on October 27, 2023, I caused a copy of the foregoing *Chapter 7 Trustee's Second Omnibus Objection to Claims (Substantive)* to be served via CM/ECF upon the parties receiving such service and additionally on all parties listed on the attached service list via First Class Mail.

Dated:  October 27, 2023

COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email: gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,
Chapter 7 Trustee*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): IntegraMed Holding Corp. (20-11169 LSS), IntegraMed America, Inc. (20-11170 LSS), Trellis Health, LLC (20-11171 LSS), IntegraMed Fertility Holding Corp. (20-11172 LSS), Reproductive Partners, Inc. (20-11173 LSS), IntegraMed Management of Bridgeport, LLC (20-11175 LSS), IntegraMed Florida Holdings, LLC (20-11176 LSS), IntegraMed Management of Mobile, LLC (20-11179 LSS), IntegraMed Management, LLC (20-11181 LSS), and IntegraMed Medical Missouri, LLC (20-11184 LSS).

**SERVICE LIST**

Assisted Reproductive Technology Insurance Company
Gordon J. Toering
Warner, Norcross + Judd, LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49501

Boylan, Caitlin
7632 Silver View Lane
Raleigh, NC 27613

ElDorado Holdings, LLC
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103

OCC Purchase LLC
Blank Rome LLP
Attn: Evan Jason Zucker
1271 Avenue of the Americas
New York, NY 10020

Snyder, Wendy
101 Sunset Oaks Dr.
Holly Springs, NC 27540

West 18th Street Venture, LLC
Blank Rome LLP
Attn: Evan Jason Zucker
1271 Avenue of the Americas
New York, NY 10020

Citrix Systems Inc.
Attn: David Rubenstein
851 W. Cypress Creek
Fort Lauderdale, FL 33309

Harford County, Maryland
Department of Law
220 South Main Steet, 3rd Floor
Bel Air, MD 21014

Independent Holdings, LLC
FBFK c/o Brandon Tittle
2500 Dallas Parkway, Suite 600
Plano, TX 75093

Lake Whitney Phase II, LLC
1860 SW Fountainview Blvd, Suite 100
Port Saint Lucie, FL 34986

Messiahic Inc. dba PayJunction
Fox Rothschild, LLP
Attn: Keith C. Owens
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067

Reproductive Medicine Associates of N. California
Wilentz, Goldman, & Spitzer, PA
Attn: David H. Stein, Esq.
90 Woodbridge Center Drive, Box 10
Woodbridge, NJ 07095

RMA of New Jersey, LLC
Wilentz, Goldman, & Spitzer, PA
Attn: David H. Stein, Esq.
90 Woodbridge Center Drive, Box 10
Woodbridge, NJ 07095

Security Press, Inc.
2525 W Commodore Way
Seattle, WA 98199

Spring Valley Medical Properties II, LLC
c/o Lynn Hamilton Butler
Husch Blackwell, LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701

Town of Trumbull
 c/o James M. Nugent, Esq.
100 New Haven Avenue, Suite 100
Milford, CT 06460

3